JS - 6    O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANELL MARTIN, ) | CASE NO. CV 09-07804 MMM (RZ) |
| Petitioner, ) | |
| ) | JUDGMENT |
| vs. ) | |
| MIKE MARTEL, WARDEN, ) | |
| Respondent. ) | |

This matter came before the Court on the Petition of LANELL MARTIN, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: June 30, 2010

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE